# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAY ROBERSON

VERSUS

SOUTHEASTERN LOUISIANA
UNIVERSITY, SOUTHLAND
CONFERENCE, JAY ARTIGUES,
ANDREW BECHAC, JOHN DOE, ABC
COMPANY AND XYZ INSURANCE
COMPANY

NO.   2019 CW 0274

JUL 2 2 2019

---

In Re:   Darrel Aldridge, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         2016-00001307.

---

BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

   WRIT DENIED.

                          TMH
                          WIL

      McClendon, J., concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT